**97–686.   State ex rel. Wadd v. Cleveland.**
In Mandamus.  On answer of respondents.  *Sua sponte,* alternative writ granted.
  PFEIFER, J., dissents and would dismiss the cause.

**97–797.   State ex rel. Wilson–Simmons v. Lake Cty. Sheriff's Dept.**
In Mandamus.  On answer of respondent.  *Sua sponte,* alternative writ granted.
  PFEIFER, J., dissents and would grant a peremptory writ.

**97–819.   State v. Edgington.**
Ross App. No. 95CA2151.  On motion for leave to file delayed appeal.  Motion denied.
  PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–899.   State v. Thomas.**
Hamilton App. No. C–910892.  On motion for leave to file delayed appeal.  Motion denied.

**97–933.   State v. Hawthorne.**
Hamilton App. No. C–960225.  On motion for leave to file delayed appeal.  Motion granted.
  DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–940.   State v. Cleveland.**
Lorain App. No. 96CA006357.  On motion for leave to file delayed appeal.  Motion denied.
  MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–955.   State v. Foster.**
Washington App. No. 94CA4.  On motion for leave to file delayed appeal.  Motion denied.

**97–958.   State v. Israfil.**
Montgomery App. No. 15572.  On motion for leave to file delayed appeal.  Motion denied.
  RESNICK, J., dissents.

**97–967.   State v. Flontek.**
Lorain App. No. 96CA6392.  On review of order certifying a conflict.  The court determines that a conflict exists; the parties are to brief the following issue stated in the court of appeals' Journal Entry:
  "Does R.C. 2919.21(A)(3) contemplate 'support' to include proper care, feeding and medical attention as well as financial support[?]"
  The conflict case is *State v. Holder* (1991), 72 Ohio App.3d 374, 594 N.E.2d 981.

**97–1025.   State v. Jones.**
Lucas App. No. L–95–265.  On motion for leave to file delayed appeal.  Motion granted.
  DOUGLAS and F.E. SWEENEY, JJ., dissent.
  RESNICK, J., not participating.

**97–1039.   State v. Lee.**
Cuyahoga App. No. 70122.  On motion for leave to file delayed appeal.  Motion granted.
  RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**97–1117.   Simmons–Harris v. Goff.**
Franklin App. Nos. 96APE08–982 and 96APE08–991.  On motion to expedite.  Motion denied.
  DOUGLAS and RESNICK, JJ., dissent.

**97–1230.   State v. Parks.**
Clark App. No. 96CA99.  On motion for stay.  Motion denied.
  PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–1231.   State ex rel. Tubbs Jones v. Suster.**
In Prohibition.  On motion for issuance of immediate alternative writ.  Motion denied pending receipt of response from respondents.
  DOUGLAS, J., dissents and would grant a peremptory writ.
  RESNICK, J., dissents and would grant an alternative writ and set a briefing schedule.